IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-01524-RPM-MJW

DEMETRIA CROWDER,

Plaintiff(s),

v.

COLORADO DEPARTMENT OF CORRECTIONS,

Defendant(s).

MINUTE ORDER

     It is hereby ORDERED that the Motion to Vacate and Reset Scheduling Order Conference, DN 4, filed with the Court on September 25, 2008, is GRANTED. The scheduling conference set on October 2, 2008, at 8:00 a.m., is VACATED and RESET on November 13, 2008, at 10:00 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

     It is FURTHER ORDERED that no later than 5 days prior to the Scheduling/Planning Conference, counsel shall submit their proposed Scheduling Order (in PDF format) in compliance with the newly established ECF Filing Procedures. An additional copy shall be provided to chambers by e-mail (in WordPerfect format and as an attachment to the email) with the subject line proposed "Scheduling Order" to: Watanabe_Chambers@cod.uscourts.gov.

Date: September 26, 2008