IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01524-RPM-MJW

DEMETRIA CROWDER,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS

    Defendant.

---

ORDER (Docket No. 17)

---

**THIS MATTER**, having come before the Court upon the Unopposed Motion to Amend the Scheduling Order, and the Court having reviewed the motion and being fully advised in the premises,

IT IS HEREBY **ORDERED** that the Unopposed Motion to Amend the Scheduling Order is **GRANTED**. The February 23, 2009 Settlement Conference is vacated and will be rescheduled to a mutually convenient date in March, 2009, and the parties will have an extension of time of 7 days and 37 days after the Settlement Conference for Fed.R.Civ.P 26(a)(2) disclosure of expert witnesses. (*)

DATED this 30th day of January, 2009.

(*) The parties are to contact Magistrate Judge Watanabe's chambers within Five (5) days from the date of this order and reset the settlement conference

BY THE COURT

_____
U.S. Magistrate Judge Michael J. Watanabe