IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  08-cv-01524-RPM-MJW

DEMETRIA CROWDER,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,

    Defendant.

_____

ORDER OF DISMISSAL
_____

    Upon consideration of the unopposed Motion to Dismiss with Prejudice [27], filed on June 11, 2009, it is

    ORDERED that this action is dismissed with prejudice, each party to pay their respective costs and attorney's fees.

    Dated:   June 11th,  2009

                      BY THE COURT:

                      s/Richard P. Matsch

                      _____
                      Richard P. Matsch, Senior District Judge